## DESGAIN v. McCORMICK.

[No. 19,949.  Filed June 26, 1903.]

From Blackford Circuit Court; *E. C. Vaughn*, Judge.

Action by Hector Desgain against James McCormick.  From a judgment for plaintiff, defendant appeals.  *Reversed.*

*A. M. Waltz* and *E. W. Secrest*, for appellant.
*J. A. Hindman* and *M. M. Powell*, for appellee.

GILLETT, J.—As the question in this case is the same as that involved in *Desgain* v. *Wessner, ante*, 205, it is ordered, upon the authority of the decision in the latter case, that the judgment herein be reversed and the court directed to overrule the demurrer to the complaint.

---

## UNITED STATES EXPRESS COMPANY v. STATE.

[No. 19,935.  Filed June 26, 1903.  Rehearing denied October 28, 1903.]

From Jackson Circuit Court; *T. B. Buskirk*, Judge.

Action by the State against the United States Express Company. From a judgment for plaintiff, defendant appeals.  *Affirmed.*

*O. H. Montgomery, Albert Baker* and *Edward Daniels*, for appellant, *W. L. Taylor*, Attorney-General, *S. M. Hudson. T. M. Honan, F. M. Trissal, J. H. Shea, T. J. Brooks* and *S. R. Hamill*, for appellee,

DOWLING, J.—The questions in this case do not differ from those in *Adams Express Co.* v. *State, ante*, 328.  On the authority of that case the judgment is affirmed.

---

## ADAMS EXPRESS COMPANY v. STATE.

[No. 19,936.  Filed June 26, 1903.  Rehearing denied October 28, 1903.]

From Jackson Circuit Court; *T. B. Buskirk*, Judge.

Action by the State against the Adams Express Company.  From a judgment for plaintiff, defendant appeals.  *Affirmed.*

*O. H. Montgomery, Albert Baker* and *Edward Daniels*, for appellant. *W. L. Taylor*, Attorney-General, *S. M. Hudson, T. M. Honan, F. M. Trissal, J. H. Shea, T. J. Brooks* and *S. R. Hamill*, for appellee.

DOWLING, J.—The questions presented in this case are the same which were decided by this court in *Adams Express Co.* v. *State, ante*, 328, and on the authority of that case the judgment is affirmed.